Same case below, 419 Fed. Appx. 173.

**No. 11-5457. Jack J. Minicone, Jr., Petitioner v. Robert Werlinger, Warden.**

565 U.S. 1063, 132 S. Ct. 757, 181 L. Ed. 2d 490, 2011 U.S. LEXIS 8546.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 430 Fed. Appx. 84.

**No. 11-5485. Myron Dejuan Orr, Petitioner v. United States.**

565 U.S. 1063, 132 S. Ct. 758, 181 L. Ed. 2d 490, 2011 U.S. LEXIS 8623.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 636 F.3d 944.

**No. 11-5508. Lonnie Oliver, Jr., Petitioner v. United States.**

565 U.S. 1063, 132 S. Ct. 758, 181 L. Ed. 2d 490, 2011 U.S. LEXIS 8503.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 630 F.3d 397.

**No. 11-5580. Anna Karin Antonsson, Petitioner v. John W. Kast.**

565 U.S. 1063, 132 S. Ct. 798, 181 L. Ed. 2d 490, 2011 U.S. LEXIS 8467.

November 28, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District denied.

**No. 11-5718. Marion Hirsch, Petitioner v. Enoch Pratt Free Library, et al.**

565 U.S. 1063, 132 S. Ct. 785, 181 L. Ed. 2d 490, 2011 U.S. LEXIS 8552,

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5885. Kenneth Eugene Billups, Petitioner v. Alabama.**

565 U.S. 1063, 132 S. Ct. 760, 181 L. Ed. 2d 490, 2011 U.S. LEXIS 8489.

November 28, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 72 So. 3d 122.

**No. 11-5896. Oscar Roy Doster, Petitioner v. Alabama.**

565 U.S. 1063, 132 S. Ct. 760, 181 L. Ed. 2d 490, 2011 U.S. LEXIS 8549.

November 28, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 72 So. 3d 50.

**No. 11-5940. John F. Doorly, Petitioner v. United States.**

565 U.S. 1063, 132 S. Ct. 760, 181 L. Ed. 2d 490, 2011 U.S. LEXIS 8485.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.